**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| D.G., by and through LOIDY TANG as Next Friend, individually and on behalf of a class, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. 11-C-0601 |
| COLLECTO, INC., | ) ) | Judge Castillo |
| Defendant. | ) | Magistrate Gilbert |

**NOTICE OF MOTION**

To:     Counsel of Record

PLEASE TAKE NOTICE that on June 1, 2011 at 9:45 a.m. we shall appear before the Honorable Ruben Castillo in Courtroom 2141 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL, and present **Defendant's Motion To File Instanter Reply In support of Motion to Dismiss,** a copy of which has been served on you.

By: s/James C. Vlahakis
James C. Vlahakis
Attorney for Defendant
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601-1081
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2011, I electronically filed the above notice of motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: s/James C. Vlahakis
James C. Vlahakis
Attorney for Defendant
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601-1081
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com