**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| D.G., by and through LOIDY TANG as Next Friend, individually and on behalf of a class, | )<br>)<br>) |
| | )      1:11-cv-601 |
| Plaintiff, | )      Judge Castillo |
| v. | )<br>) |
| COLLECTO, INC., d/b/a<br>EOS CCA, d/b/a<br>CCA COLLECTION AGENCY, | )<br>)<br>) |
| Defendant. | ) |

**STIPULATED NOTICE OF DISMISSAL**

NOW COME Plaintiff D.G. by and through Loidy Tang as Next Friend, by and through counsel, Warner Law Firm, LLC, by Curtis C. Warner, and Burke Law Offices, LLC, Alexander H. Burke, and Defendant Collectco, Inc., d/b/a EOS CCA, d/b/a CCA Collection Agency, by and through its counsel Hinshaw & Culbertson LLP, by James C. Vlahkis, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) stipulate to the dismissal of this matter without prejudice as to Plaintiff and without prejudice to the putative class.

                                     Respectfully submitted,

| | |
|---|---|
| s/ Curtis C. Warner | s/ James C. Vlahkis (w/consent) |
| Curtis C. Warner | James C. Vlahkis |
| WARNER LAW FIRM, LLC | HINSHAW & CULBERTSON LLP |
| Millennium Park Plaza | 222 North LaSalle Street |
| 155 N. Michigan Ave. Ste. 560 | Suite 300 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave. Ste. 9020
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **August 26, 2011**, I filed electronically **the Stipulated Notice of Dismissal** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

David M. Schultz
James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Ste. 300
Chicago, IL 60601

            Respectfully submitted,

            s/ Curtis C. Warner
             Curtis C. Warner

Curtis C. Warner
cwarner@warnerlawllc.com
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)